Nam T. Tran, Esq. SBN 206989
**Law Office of Nam T. Tran**
8251 Westminster Blvd., Suite 212
Westminster, CA. 92683
Tel: (714) 891-1942
Fax: (714) 891-1944

Attorney for Defendants
John Caoson Nguyen and Lisa Hang Nguyen

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Williams, | CASE NO. **2:18-CV-9232** |
| Plaintiff, | |
| vs. | **ANSWER OF DEFENDANTS JOHN CAOSON NGUYENAND LISA HANG NGUYEN DBA AVAN AUTO BODY PRODUCTS TO PLANTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES** |
| John Caoson Nguyen; Avan Auto Body Products; Lisa Hang Nguyen and Does 1-10, inclusive | |
| Defendants. | (DEMAND FOR JURY TRIAL) |

Defendants John Caoson Nguyen and Lisa Hang Nguyen, each doing business as

Avan Auto Body Products ("Defendants"), for themselves and no others, by and

through their counsel Nam T. Tran, hereby answer Plaintiff's Complaint as follows:

These Defendants, deny, generally and specifically, any and all allegations of the

Complaint which are not expressly admitted or denied hereinafter. It is not

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

intended that there be any admission by silence or omissions as to any allegations of the Complaint.

## NATURE OF THE ACTION

1.      In response to paragraph 1 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein.

## PARTIES

2.      In response to paragraph 2 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein.

3.      In response to paragraph 3 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein.

4.      In response to paragraph 4 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein.

5.      In response to paragraph 5 of Plaintiff's Complaint, Defendant John Caoson Nguyen admits that he co-owns the property located at 13961 Nautilus Dr, Garden Grove, CA 92843( the "Subject Property"). Except otherwise admitted,

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

1  this Defendant lacks sufficient information and belief to enable him to answer said

2  Paragraph and on that basis denies, generally and specifically, each and every

3  allegation, matter and thing contained in said paragragh.

4

5  6.      In response to paragraph 6 of Plaintiff's Complaint, , Defendant John

6  Caoson Nguyen admits he is doing business as Avan Auto Body Products, and

7  further admits that he co-owns and controls the Avan Auto Body Products

8  business.  Except otherwise admitted, this Defendant lacks sufficient information

9  and belief to enable him to answer said Paragraph and on that basis denies,

10 generally and specifically, each and every allegation, matter and thing contained in

11 said paragraph.

12

13 7.      In response to paragraph 7 of Plaintiff's Complaint, Defendant Lisa

14 Hang Nguyen admits that she co-owns the property located at 13961 Nautilus Dr,

15 Garden Grove, CA 92843( the "Subject Property"), and  admits that she is doing

16 business as Avan Auto Body Products and further admits that she co-owns and

17 controls the Avan Auto Body Products business.   Except otherwise admitted, this

18 Defendant lacks sufficient information and belief to enable her to answer said

19 Paragraph and on that basis denies, generally and specifically, each and every

20 allegation, matter and thing contained in said paragraph.

21

22 8.      In response to paragraph 8 of Plaintiff's Complaint, Defendants

23 admits that they own the Subject property and doing business as Avan Auto Body

24 Products at the Subject Property. Exept otherwise admitted, Defendants

25 lack sufficient information and belief to enable them to answer said Paragraph and

26 on that basis deny, generally and specifically, each and every allegation, matter and

27

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

1  thing contained therein.

2                          **JURISDICTION AND VENUE**

3       9.    In response to paragraph 9 of Plaintiff's Complaint, this paragraph
4  contains Plaintiff's jurisdictional allegations, to which no response is required. To
5  the extent a response is deemed required, Defendants deny the allegations as they
6
7  relate to Defendants, except to admit that this Court has jurisdiction over the
8  subject matter of Plaintiff's claims.

9       10.   In response to paragraph 10 of Plaintiff's Complaint, this paragraph
10 contains Plaintiff's supplemental jurisdictional allegations, to which no response is
11
12 required. To the extent a response is deemed required, Defendants deny the
13 allegations as they relate to Defendants, except to admit that this Court has
14 supplemental jurisdiction over  Plaintiff's non –Federal claims.

15      11.    In response to paragraph 11 of Plaintiff's Complaint, Defendants
16 admit venue is proper in the United States District Court for the Central District of
17 California.

18                          **STATEMENT OF fACTS**
19
20      12.   In response to paragraph 12 of Plaintiff's Complaint, Defendants
21 admit each and every allegation, matter, or thing contained in said paragraph.

22      13.   In response to paragraph 13 of Plaintiff's Complaint, Defendants
23 denies each and every allegation as it relates to Defendants and specifically deny
24 that Defendants have intentionally or otherwise denied access of disabled persons
25
26 to the  Subject Property.

27      14.   In response to paragraph 14 of Plaintiff's Complaint, Defendants

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212,
WESTMINSTER, CA 92683
714.891. 1942

1  denies each and every allegation as it relates to Defendants and specifically deny

2  that Defendants have intentionally or otherwise denied access of disabled persons

3  to the Subject Property.

4      15.    In response to paragraph 15 of Plaintiff's Complaint, Defendants lack

5  sufficient information and belief to enable them to answer said Paragraph and on

6  that basis deny, generally and specifically, each and every allegation, matter and

7  thing contained therein.

8

9      16.    In response to paragraph 16 of Plaintiff's Complaint, Defendants lack

10 sufficient information and belief to enable them to answer said Paragraph and on

11 that basis deny, generally and specifically, each and every allegation, matter and

12 thing contained therein.

13

14     17.    In response to paragraph 17 of Plaintiff's Complaint, Defendants lack

15 sufficient information and belief to enable them to answer said Paragraph and on

16 that basis deny, generally and specifically, each and every allegation, matter and

17 thing contained therein.

18

19     18.    In response to paragraph 18 of Plaintiff's Complaint, Defendants lack

20 sufficient information and belief to enable them to answer said Paragraph and on

21 that basis deny, generally and specifically, each and every allegation, matter and

22 thing contained therein.

23     19.    In response to paragraph 19 of Plaintiff's Complaint, Defendants lack

24 sufficient information and belief to enable them to answer said Paragraph and on

25 that basis deny, generally and specifically, each and every allegation, matter and

26 thing contained therein.

27

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., Suite 212
WESTMINSTER, CA 92683
714.891. 1942

-5-

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

20.     In response to paragraph 20 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

21.     In response to paragraph 21 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

22.     In response to paragraph 22 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein.

23.     In response to paragraph 23 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

24.     In response to paragraph 24 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

## ANSWER TO FIRST CAUSE OF ACTION

Discrimination Based on Disability 42 U.S.C. §§ 12101,et seq

25.     In response to paragraph 25 of Plaintiff's Complaint, Defendants refer to and reallege their responses to Paragraph 1 through 24 as if the same were set out more fully below.

26.     In response to paragraph 26 of Plaintiff's Complaint, Defendants admit that 42 U.S.C § 12182(a) speaks for itself.  Except otherwise admitted, Defendants deny each and every other part of said paragraph.

27.     In response to paragraph 27 of Plaintiff's Complaint, it contains only assertions and conclusions of law to which Defendants are not required to respond. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendants, except to refer to the language of the referenced statutes, which speaks for itself.

28.     In response to paragraph 28 of Plaintiff's Complaint, it contains only assertions and conclusions of law to which Defendants are not required to respond. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendants, except to refer to the

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

language of the referenced statutes, which speaks for itself.

29.     In response to paragraph 29 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

30.     In response to paragraph 30 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

31.     In response to paragraph 31 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have intentionally or otherwise denied access of disabled persons to the Subject Property.

32.     In response to paragraph 32 of Plaintiff's Complaint, Defendants lack sufficient information and belief to enable them to answer said Paragraph and on that basis deny, generally and specifically, each and every allegation, matter and thing contained therein. Defendants specifically deny that Defendants have

ANSWER OF JOHN CAOSON NGUYEN  AND LISA HANG NGUYEN DBA AVAN AUTO BODY PRODUCTS TO PLAINTIFF'S

COMPLAINT AND AFFIRMATIVE DEFENSES

DEMAND FOR JURY TRIAL

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

1  intentionally or otherwise denied access of disabled persons to the Subject

2  Property.

3       33.    In response to paragraph 33 of Plaintiff's Complaint,

4  Defendants lack sufficient information and belief to enable them to answer said

5  Paragraph and on that basis deny, generally and specifically, each and every

6  allegation, matter and thing contained therein. Defendants specifically deny that

7  Defendants have intentionally or otherwise denied access of disabled persons to the

8  Subject Property.

9

10            **ANSWER TO SECOND CAUSE OF ACTION**

11      Violations of the unruh Rights Act, California Civil Code Section 51 et seq

12      34.    In response to paragraph 34 of Plaintiff's Complaint, Defendants refer

13  to and reallege their responses to Paragraph 1 through 33 as if the same were set

14  out more fully below.

15

16      35.    In response to paragraph 35 of Plaintiff's Complaint, it contains only

17  assertions and conclusions of law to which Defendants are not required to respond.

18  To the extent a response is deemed required, Defendant denies each and every

19  allegation contained therein as it relates to Defendants, except to refer to the

20  language of the referenced statutes, which speaks for itself.

21

22      36.    In response to paragraph 36 of Plaintiff's Complaint, Defendants lack

23  sufficient information and belief to enable them to answer said Paragraph and on

24  that basis deny, generally and specifically, each and every allegation, matter and

25  thing contained therein. Defendants specifically deny that Defendants have

26  intentionally or otherwise denied access of disabled persons to the Subject

27

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

1   Property.

2   37.   In response to paragraph 37 of Plaintiff's Complaint, Defendants lack

3   sufficient information and belief to enable them to answer said Paragraph and on

4   that basis deny, generally and specifically, each and every allegation, matter and

5   thing contained therein. Defendants specifically deny that Defendants have

6   intentionally or otherwise denied access of disabled persons to the Subject

7   

8   Property.

9                              **PRAYER FOR RELIEF**

10  The remaining allegations of Plaintiff's Complaint are prayers for relief, to

11  which no response is required. To the extent a response is required, Defendants

12  deny each and every allegation contained therein as it relates to Defendants and

13  

14  deny that Plaintiff has suffered any injury or damages in this matter.

15                            **AFFIRMATIVE DEFENSES**

16  Defendants allege the following separate and affirmative defenses to all

17  causes of action purported to be set forth against it in the Complaint as follows:

18                          **FIRST AFFIRMATIVE DEFENSE**

19  

20  AS AND FOR A FIRST AFFIRMATIVE DEFENSE, Defendants allege

21  that Plaintiff is barred from recovery herein as the Complaint fails to state facts

22  sufficient to constitute a cause of action against these answering Defendants.

23                         **SECOND AFFIRMATIVE DEFENSE**

24  AS AND FOR A SECOND AFFIRMATIVE DEFENSE, Defendants allege

25  that Plaintiff is barred by the applicable statute of limitations, California Code of

26  

27  Civil Procedure §335 – 349.4, including but not limited to California

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

1  Business & Professions Code §7071 – 11, California Code of Civil Procedure

2  §337.1, §337.15, §337(1), §338, §339 and §340, et seq.

3  **THIRD AFFIRMATIVE DEFENSE**

4       AS AND FOR A THIRD AFFIRMATIVE DEFENSE, Plaintiff is barred

5  from obtaining relief under California Civil Code section 51 et seq. because

6  nothing therein may be construed to require any construction, alteration, repair,

7  structural or otherwise, or modification of any sort whatsoever, to any existing

8  establishment, facility, building, improvement, or any other structure.

9  **FOURTH AFFIRMATIVE DEFENSE**

10       AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, Defendants allege

11  that Defendants did not intentionally impede or impair access to Plaintiff.

12  **FIFTH AFFIRMATIVE DEFENSE**

13       AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, Defendants allege

14  that any alleged failure by Defendants to repair, alter or modify the premises

15  in question does not give rise to a cause of action by Plaintiff under the Unruh Act

16  since the Unruh Act specifically exempts such conduct from the scope of this act.

17  **SIXTH AFFIRMATIVE DEFENSE**

18       AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, Defendants alleges

19  that Plaintiff's Complaint, and each purported claim for relief therein, are barred

20  because local building authorities issued appropriate permits and certificated of

21  Occupancy, and Defendants had a right to rely on the issuance of the permits as

22  establishing compliance with all applicable laws, regulations, orders, and

-11-

1   approvals.

2                    **SEVENTH AFFIRMATIVE DEFENSE**

3       AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, Defendants

4   allege that Plaintiff is barred by the doctrines of laches and estoppels.

5

6                     **EIGHTH AFFIRMATIVE DEFENSE**

7       AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE, Plaintiff lacks

8   standing to assert the Complaint, and each purported claim for relief alleged

9   therein, as to any alleged disability access violation not actually encountered by

10  him because Plaintiff cannot show injury in fact as to such alleged violations.

11

12                     **NINTH AFFIRMATIVE DEFENSE**

13      AS AND FOR A NINTH AFFIRMATIVE DEFENSE, Defendants allege

14  that the presence of architectural barriers to an individual with physical

15  disabilities that conform to the applicable state or local building codes or

16  regulations does not constitute discrimination, and, therefore, there is no

17  requirement to modify the property.

18

19                     **TENTH AFFIRMATIVE DEFENSE**

20      AS AND FOR A TENTH AFFIRMATIVE DEFENSE, Defendants

21  allege that Plaintiff has requested a modification/accommodation that is

22  unreasonable as to policy, practices and procedures.

23                    **ELEVENTH AFFIRMATIVE DEFENSE**

24      AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE, Defendants

25  allege that fulfilling the requests by Plaintiff, as pleaded in his Complaint, would

26  impose an undue burden upon the Defendant. The changes requested are

27

28

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., Suite 212
WESTMINSTER, CA 92683
714.891. 1942

-12-

ANSWER OF JOHN CAOSON NGUYEN AND LISA HANG NGUYEN DBA AVAN AUTO BODY PRODUCTS TO PLAINTIFF'S

COMPLAINT AND AFFIRMATIVE DEFENSES

DEMAND FOR JURY TRIAL

1   unreasonable and economically not feasible.

## TWELFTH AFFIRMATIVE DEFENSE

3   AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, Defendants

4   allege that Plaintiff has not sustained any damages by these Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

7   AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, Defendants

8   allege that any damages, as alleged by Plaintiff, have not been legally or

9   proximately caused by these Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

12   AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, Defendants

13   alleges that Plaintiff failed to take reasonable steps to mitigate damages and that

14   Plaintiff may not recover any such damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

16   AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE, Defendants

17   allege that Plaintiff did not suffer any damages by reason of the purported matters

18   alleged in the Complaint by any act or omission of these Defendants, and that any

19   

20   and all damages alleged by the Plaintiff are attributable to causes other that any

21   asserted acts, claims, or omissions by the Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

23   AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE, Defendants

24   allege that Plaintiff, its principal, agents and /or servants, are barred as a result of

25   his own "unclean hands" from seeking or obtaining any remedy or relief predicated

26   on the purported claims set forth in the Complaint.

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891. 1942

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff was partially, if not wholly, negligent or otherwise at fault and should be barred from recovery of that portion of the damages directly attributable to his proportionate share of negligence or fault, pursuant to the doctrine of comparative negligence.

## EIGHTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE, Defendants allege that the damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which Defendants are not liable or responsible.

## NINETEENTH AFFIRMATIVE DEFENSE

AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE, Defendants allege that if Defendants are responsible in any respect for any injuries or damages suffered by Plaintiff, which Defendants  expressly deny, such injuries or damages have been caused by or contributed to by others, and Defendants' proportional liability, if any, should be reduced to the extent thereof.

## TWENTIETH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE, Defendants allege Plaintiff's claims are barred and/or damages are not recoverable because Plaintiff is or should be declared a "vexatious litigant", and, as such, this Court should dismiss this case with prejudice.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY- FIRST AFFIRMATIVE DEFENSE,

Defendants allege Plaintiff's claims are barred and/or damages are not recoverable

because Plaintiff is or should be declared a "vexatious litigant", and, as such, this

Court should enter an order to show cause as to why this case should not be

dismissed and/or why sanctions should not be imposed against Plaintiff.

## TWENTY- SECOND AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY- SECOND AFFIRMATIVE DEFENSE,

Defendants reserve the right to assert any additional defenses and matters in

avoidance which may be disclosed during the course of additional investigation

and discovery, when and if the same have been ascertained.

## DEMAND FOR JURY TRIAL

**WHEREFORE,** Defendants pray for judgment as follows:

1. That Plaintiff take nothing by way of its Complaint and that judgment be

rendered in favor of these Defendants;

2. That Plaintiff's Complaint be dismissed as to these Defendants;

3. That Defendants be awarded the costs of suit and attorney's fees incurred

by way of defending this action; and,

4. For such other and further relief as the Court deems just and proper.

Dated: 12/26/18

By: /s/ Nam T Tran _____

Nam T. Tran, Esq.
Attorney for Defendants John Caoson Nguyen and Lisa Hang
Nguyen each dba Avan Auto Body Products

ANSWER OF JOHN CAOSON NGUYEN  AND LISA HANG NGUYEN DBA AVAN AUTO BODY PRODUCTS TO PLAINTIFF'S

COMPLAINT AND AFFIRMATIVE DEFENSES

DEMAND FOR JURY TRIAL

LAW OFFICE OF NAM T. TRAN
8251 WESTMINSTER BLVD., SUITE 212
WESTMINSTER, CA 92683
714.891.1942

CERTIFICATE OF SERVICE

I, Nam T. Tran, certify and declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 8251 Westminster Blvd., Suite 212, Westminster, State of California, where the mailing described below took place.

On 12/27/18, I served the within; ANSWER OF JOHN CAOSON NGUYEN  AND LISA HANG NGUYEN DBA AVAN AUTO BODY PRODUCTS, on the interested party (s) in this action as follows:

LAW OFFICES OF ROSS CORNELL, APC

[ X ]   By CM/ECF Electronic Filing (USDC): I caused such document to be sent electronically to the Court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service,. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on 12/27/18, at Westminster,   California.

I declare under penalty of perjury that I am a member of the bar for the United States District Court for the Central District of California, and that the foregoing is true and correct.

/s/ Nam T Tran

Nam T. Tran,Esq.

1