**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Bryan Williams | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:18-cv-9232 |
| v. | ADA DISABILITY ACCESS LITIGATION: |
| John Caoson Nguyen etc et al. | APPLICATION FOR STAY |
| Defendant(s) | AND EARLY MEDIATION |

1. Party (name): _____See attached_____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: December 26, 2018

| Nam T. Tran | /s/Nam T Tran |
|---|---|
| Type or Print Name | Signature of Attorney (or Party without Attorney) |

**Opposition to this Application for Stay and Early Mediation must be filed no later than seven (7) days from the date of service of this Application for Stay and Early Mediation.**

ATTACHMENT TO ADA ACCESS LITIGATION APPLIACTION FOR STAY AND EARLY MEDIATION

1. DEFENDANTS JOHN CAOSON NGUYEN AND LISA HANG NGUYEN, each doing business as AVAN AUTO BODY PRODUCTS request a stay of proceedings and early mediation through the Court's ADR program.

# CERTIFICATE OF SERVICE

I, Nam T. Tran, certify and declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 8251 Westminster Blvd., Suite 212, Westminster, State of California, where the mailing described below took place.

On 12/27/18, I served the within; APPLICATION FOR STAY AND EARLY MEDIATION, on the interested party (s) in this action as follows:

LAW OFFICES OF ROSS CORNELL, APC

[ X ]  By CM/ECF Electronic Filing (USDC): I caused such document to be sent electronically to the Court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service,. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on 12/27/18 at Westminster, California.

I declare under penalty of perjury that I am a member of the bar for the United States District Court for the Central District of California, and that the foregoing is true and correct.

/s/ Nam T Tran

Nam T. Tran, Esq.