Nam T. Tran, Esq. SBN 206989
**Law Office of Nam T. Tran**
8251 Westminster Blvd., Suite 212
Westminster, CA. 92683
Tel: (714) 891-1942
Fax: (714) 891-1944

Attorney for Defendants
John Caoson Nguyen and Lisa Hang Nguyen

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Bryan Williams, | CASE NO. **2:18-CV-9232** |
|---|---|
| Plaintiff, | |
| vs. | OBJECTION TO PLAINTIFF'S CASE STATEMENT FILED PURSUANT TO COURT ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION:REQUEST FOR DISMISSAL OF COMPLAINT OR SUPPLEMENTAL STATEMENT OF CLAIMS OF VIOLATION UPON WHICH THIS ACTION IS BASED |
| John Caoson Nguyen; Avan Auto Body Products; Lisa Hang Nguyen and Does 1-10, inclusive | |
| Defendants. | |

Defendants John Caoson Nguyen and Lisa Hang Nguyen, each doing business as Avan Auto Body Products ("Defendants"), hereby object to the Plaintiff's Case Statement, filed in response to the Court's Order granting Application for Stay and early mediation in which the Plaintiff was ordered to file and serve the following:

"1. An itemized list of specific conditions on the subject premises that are the basis of the claimed violation of the ADA; and

2. An itemized list of damages and, for each item, the amount sought."

## ARGUMENT

In present case, Defendants object to the untimely filing of Plaintiff's Case Statement. Plaintiff was ordered to file Plaintiff's Case Statement within fourteen

-1-
OBJECTION TO PLAINTIFF'S CASE STATEMENT

1 (14) days of the date of the Order granting the Stay and Early Mediation which was
2 dated January 4, 2019. Plaintiff's Case Statement was due on January 18, 2019.
3     Defendants also object to lines 10 through 20 of Section J on page 3 of
4 Plaintiff's Statement purporting to be an itemized list of specific conditions that
5 form the basis of the lawsuit. Specifically, "Plaintiff expressly reserves the right to
6 pursue the removal of barriers not identified herein…."; and page 3, line 12, " On
7 information and belief…."
8     Based on this qualifying language, "not identified herein", and "on
9 information and belief", Defendants cannot determine if this is a complete list of
10 specific conditions that form the basis of the lawsuit. In this regard, the Court's
11 attention is respectfully invited to the case of *Oliver vs. Ralph's Grocery Co.*, 654
12 F.3rd 903, 907-908 (Ninth Cir. 2011). In that case, the Plaintiff's counsel, a well
13 known Plaintiff's ADA attorney, disclosed to the court that it was a customary
14 policy to avoid disclosing all of the purported ADA defects at the inception of the
15 case, so as to prevent the Defendant landlord or tenant from remedying the
16 purported violations, thereby mooting the case. Plaintiff's counsel advised the
17 Appellate Court that by withholding specific violations until the disclosure of
18 experts, Plaintiff could avoid having his or her case mooted.
19     Here, by using the language "not identified herein", and "on information and
20 belief", Plaintiff has left the door open for exactly this type of tactic. Defendants
21 believe that the entire idea of the Court's order granting a stay for early mediation
22 is to solve the problems that exist at the property, if any, before the case can obtain
23 a life of its own and is driven by attorney's fees.
24 //
25 //
26
27
28

**Law OFFICE OF NAM T. TRAN**
8251 Westminster Blvd., Suite 212
Westminster, Ca 92683
714.891.1942

1 On these bases, Defendants request that the Court dismiss Plaintiff's
2 complaint for untimely filing of the Plaintiff's Case Statement or order a
3 supplemental itemization of all specific defects claimed by Plaintiff upon which
4 the action is based, omitting none.

Dated: 1/23/19

By: /s/ Nam T Tran   _____
Nam T. Tran, Esq.
Attorney for Defendants John Caoson Nguyen and Lisa Hang Nguyen each dba Avan Auto Body Products

**Law OFFICE OF NAM T. TRAN**
8251 Westminster Blvd., Suite 212
Westminster, Ca 92683
714.891.1942

-3-
OBJECTION TO PLAINTIFF'S CASE STATEMENT

# CERTIFICATE OF SERVICE

I, Nam T. Tran, certify and declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 8251 Westminster Blvd., Suite 212, Westminster, State of California, where the mailing described below took place.

On 1/23/19, I served the within; OBJECTION TO PLAINTIFF'S CASE STATEMENT FILED PURSUANT TO COURT ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION:REQUEST FOR DISMISSAL OF COMPLAINT OR SUPPLEMENTAL STATEMENT OF CLAIMS OF VIOLATION UPON WHICH THIS ACTION IS BASED , on the interested party (s) in this action as follows:

LAW OFFICES OF ROSS CORNELL, APC

[ X ]   By CM/ECF Electronic Filing (USDC): I caused such document to be sent electronically to the Court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service,. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on 1/23/19, at Westminster,  California.

I declare under penalty of perjury that I am a member of the bar for the United States District Court for the Central District of California, and that the foregoing is true and correct.

/s/ Nam T Tran_____

Nam T. Tran,Esq.

-4-
OBJECTION TO PLAINTIFF'S CASE STATEMENT